UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-03701-HWV-

DANNY E. SHRAWDER  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                     Bankr. Case No. 18-03701-HWV-

DANNY E. SHRAWDER                                    Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 9, 2018 :

    PAUL DONALD MURPHY AHLES             Charles J. DeHart III
    2132 MARKET ST                                      8125 Adams Drive
    CAMP HILL, PA  17011                          Suite A
                                                       Hummelstown, PA 17036

                                                       By /s/ Mandy Youngblood
                                                          Mandy Youngblood

xxxxx68745 / 968391