**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Danny E. Shrawder<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:18-BK-03701-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Wells Fargo Dealer Services<br>PO Box 1697<br>Winterville, NC 28590-1697 | Wells Fargo Dealer Services<br>PO Box 10709<br>Raleigh, NC 27605-0709 |

Date: May 31, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*