```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03701-HWV
Danny E. Shrawder                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 30, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
        +Hipatia Shrawder,   414 Mount Allen Drive,   Mechanicsburg, PA 17055-6109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Paul Donald Murphy-Ahles   on behalf of Debtor 1 Danny E. Shrawder pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
         Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Danny E. Shrawder

                      Debtor 1

Americredit Financial Services, Inc. dba GM Financial
    vs.                      Movant(s)

Danny E. Shrawder
Hipatia A. Shrawder
Charles J. DeHart, III
                    Respondent(s)

Chapter: 13

Case No.: 1:18-bk-03701-HWV

Document No.: 33

Nature of Proceeding: Motion for Relief from Stay

## ORDER APPROVING WITHDRAWAL

IT APPEARING that an answer or objection has been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed January 28, 2020 regarding Motion for Relief from Stay is APPROVED.

Dated: January 30, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)

Ord Approving Withdrawal - Revised 04/18

Case 1:18-bk-03701-HWV    Doc 39    Filed 02/01/20    Entered 02/02/20 00:35:31    Desc
Imaged Certificate of Notice    Page 2 of 2