United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                   Case No. 18-03701-HWV

Danny E. Shrawder                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                  Page 1 of 2
Date Rcvd: Feb 14, 2023                         Form ID: fnldecnd                               Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danny E. Shrawder, 414 Mount Allen Drive, Mechanicsburg, PA 17055-6109 |
| 5103637 | + | Nauman Smith, 200 North 3rd Street, 18th Floor, Harrisburg, PA 17101-1590 |
| 5103638 | + | Upper Allen Township, 100 Gettysburg Pike, Mechanicsburg, PA 17055-5698 |
| 5129231 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 14 2023 18:42:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5123796 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 14 2023 18:42:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5113494 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 14 2023 18:42:00 | Americredit Financial Services, Inc., P.O Box 183853, Arlington, TX 76096 |
| 5103633 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 14 2023 18:42:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 5278502 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 14 2023 18:42:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5103634 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 14 2023 18:42:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5103635 | ^ | MEBN | Feb 14 2023 18:39:30 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5130103 | | Email/Text: camanagement@mtb.com | Feb 14 2023 18:42:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5103636 | + | Email/Text: camanagement@mtb.com | Feb 14 2023 18:42:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5104990 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 14 2023 18:47:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5103639 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2023 18:47:19 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 5103640 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2023 18:47:16 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Danny E. Shrawder pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Danny E. Shrawder, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18−bk−03701−HWV |

Social Security No.:
             xxx−xx−7004

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Danny E. Shrawder** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 14, 2023

**fnldec** (01/22)