IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Danny E. Shrawder<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Danny E. Shrawder<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 18-03701 HWV<br><br>Chapter 13<br><br>Related to Claim No. No. 4-1 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Danny E. Shrawder
414 Mount Allen Drive
Mechanicsburg, PA 17055

<u>Attorney for Debtor(s)</u>
Paul Donald Murphy-Ahles, Esq.
4660 Trindle Road (VIA ECF)
Suite 200
Camp Hill, PA 17011

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 9, 2022</u>

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com